Grace C. Duncan, CSR
Official Reporter for the 22nd Judicial District Court
Hays, Comal and Caldwell Counties
P.O. Box 2002
Wimberley, TX 78676
(512) 393-7705

June 16, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

In Re:  COA # 03-15-00232-CR, Alicia Nicole Perez v. The State of Texas

Mr. Kyle,

The Reporter's record in the above-mentioned matter was due June 15, 2015.

I am requesting a 30-day extension to complete said record due to my error in recording the due date inaccurately.


Regards,


Grace C. Duncan